■ In the Matter of THE PEOPLE OF THE STATE OF NEW YORK, by ROBERT ABRAMS, as Attorney-General of the State of New York, Respondent, v WALTER G. COOK, Also Known as WALTER J. COOK, JR., et al., Appellants, and NORMAN H. KAYE, Respondent. (Appeal No. 3.)—Appeal unanimously dismissed, without costs. Same memorandum as in *Matter of People v Cook* ([Appeal No. 1], 115 AD2d 347). (Appeal from order of Supreme Court, Cayuga County, Corning, J.—criminal contempt.) Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.

■ In the Matter of SHERIDAN PARK HOSPITAL, INC., Appellant, v DAVID AXELROD, as Commissioner of Health of the State of New York, et al., Respondents.—Judgment unanimously affirmed, without costs, for the reasons stated in memorandum decision at Special Term, Doyle, J. (Appeal from judgment of Supreme Court, Erie County, Doyle, J.—art 78.) Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ.

■ JAMES L. RANDALL, Individually and as Assignee of CAICOS, GULF & INTERNATIONAL, LTD., Appellant, v YOUNGS & LINFOOT, INC., Respondent.—Appeal dismissed, without costs, upon preargument communication. Present—Doerr, J. P., Boomer, O'Donnell, Pine and Schnepp, JJ. (Order entered Sept. 27, 1985.)

■ RAYMOND STEFANO, as Oneida County Democratic Chairman, et al., Appellants, v ANGELO J. LONGO et al., Constituting the Board of Elections of the City of Utica, et al., Respondents.—Order unanimously affirmed, without costs. Memorandum: Petitioners have appealed from an order that dismissed their petition for lack of personal jurisdiction over the respondent Tanoury. Tanoury is a necessary party because his election in the primary will be nullified if the petitioners succeed (CPLR 1001). We are confined in our review to the papers in the record and, based on those papers, we find that Special Term properly dismissed the petition for lack of jurisdiction. (Appeal from order of Supreme Court, Oneida County, Murphy, J.—Election Law.) Present—Dillon, P. J., Boomer, Green, Pine and Schnepp, JJ. (Decided Oct. 11, 1985.)